DAVID J. ZUGMAN
California Bar No. 190818
964 Fifth Avenue, Suite 300
San Diego, California  92101-5008
Telephone:  (619) 699-5931
Facsimile:  (619) 699-5932
zugman@sbcglobal.net

Attorney for Hector Ortega-Meneses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08CR0444-MLH |
| Plaintiff, | ) | Date: April 1, 2008 |
| | ) | Time: 2:00 p.m. |
| v. | ) | |
| HECTOR ORTEGA-MENESES, | ) | NOTICE OF MOTIONS |
| | ) | AND MOTIONS TO |
| Defendant. | ) | 1) PRODUCE DISCOVERY; |
| | ) | 2) SUPPRESS EVIDENCE; |
| | ) | 3) DISMISS INDICTMENT DUE TO FAILURE |
| | ) | TO PROPERLY ALLEGE AN OFFENSE; |
| | ) | 4) DISMISS THE INDICTMENT DUE |
| | ) | TO MISINSTRUCTION OF THE GRAND |
| | ) | JURY; and |
| | ) | 5) FILE FURTHER MOTIONS |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, and ANDREW SCHOPLER,
      ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that Defendant, Hector Ortega-Meneses, by and

through his Counsel, David J. Zugman, files these initial Rule 12 motions

to be heard April 1, 2008, at 2:00 p.m. before the Honorable Marilyn L.

Huff.

1      These motions are based upon the facts and law pertaining to this

2   case.  Specifically Mr. Ortega-Meneses moves the Court for an order the

3   following:

4       1) Produce discovery;

5       2) Suppress Evidence;

6       3) Dismiss Indictment Due to Failure to Properly Allege an Offense;

7       4) Dismiss the Indictment Due to Misinstruction of the Grand Jury;

8       5) File Further Motions.

9      This motion is based upon the information received from the

10   government thus far.

11                                Respectfully Submitted,

12

13   Date: March 16, 2008            S/David J. Zugman
                                     David J. Zugman
14                                   Attorney for Mr. Ortega-Meneses

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>PROOF OF SERVICE</u>

I, the undersigned, declare that:

1. I am over eighteen (18) years of age; am a resident of the County of San Diego, State of California; and my business address is 964 Fifth Avenue, Suite 300, San Diego, California, 92101-5008.

2. I am effecting service of DEFENDANT'S MOTIONS on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

      Andrew Schopler, Assistant U.S. Attorney
      Office of the U.S. Attorney
      880 Front Street
      San Diego, CA 92101

3.   I hereby certify that I have mailed the foregoing, by United States Postal Service to the following non-EFC participants in this case:

      1. N/A

to the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2008.

<u>S/David Zugman</u>
DAVID J. ZUGMAN