

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )  Criminal Case No. 08CR0444-H
                            )
     Plaintiff,             )  S U P E R S E D I N G
                            )  I N F O R M A T I O N
     v.                     )
                            )  Title 8, U.S.C., Sec. 1325 -
HECTOR ORTEGA-MENESES,      )  Illegal Entry (Misdemeanor);
                            )  Title 8, U.S.C., Sec. 1325 -
     Defendant.             )  Illegal Entry (Felony)
                            )
                            )
                            )
_____)
```

The United States Attorney charges:

Count 1

On or about April 12, 2006, within the Southern District of California, defendant HECTOR ORTEGA-MENESES, being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//
//

<u>Count 2</u>

In or about July 2007, within the Southern District of California, defendant HECTOR ORTEGA-MENESES, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 10, 2008.

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney