UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>HECTOR ORTEGA-MENESES,<br>  Defendant. | Criminal Case No. 08CR0444-H<br><br>WAIVER OF INDICTMENT |

I, **HECTOR ORTEGA-MENESES**, the above-named defendant, who is accused of **Illegal Entry (Misdemeanor) – 8 U.S.C. 1325; Illegal Entry (Felony) – 8 U.S.C. 1325** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ~~April 24~~ JUNE 10, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_/s/ Hector Ortega_
HECTOR ORTEGA-MENESES

_/s/_
DAVID J. ZUGMAN
Counsel for Defendant

Before _/s/ Jan M. Adler_
Hon. JAN M. ADLER
U.S. Magistrate Judge

**FILED**

JUN 10 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY