

AM

1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Criminal No. 08cr0444-MLH

11                 Plaintiff,        )   **CONSENT TO RULE 11 PLEA TO A**
                                     )   **VIOLATION OF 8 U.S.C. SECTION**
12  v.                               )   **:    1325       IN A FELONY**
    HECTOR ORTEGA-MENESES,           )   **CASE BEFORE UNITED STATES**
13                                   )   **MAGISTRATE JUDGE, WAIVER OF**
                                     )   **PRESENTENCE REPORT AND WAIVER**
14                 Defendant.        )   **OF OBJECTIONS FOR IMMEDIATE**
                                     )   **SENTENCING**
15  _____)

16       I have been advised by my attorney and by the United States

17  Magistrate Judge of my right to enter my plea in this case before

18  a United States District Judge.  I hereby declare my intention to

19  enter a plea of guilty in the above case, and I request and

20  consent to have my plea taken by a United States Magistrate Judge

21  pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22       I understand that if my plea of guilty is taken by the

23  United States Magistrate Judge, and the Magistrate Judge

24  recommends that the plea be accepted, the assigned United States

25  District Judge will then decide whether to accept or reject any

26  plea agreement I may have with the United States and will

27  adjudicate guilt and impose sentence.

28       I further understand that due to my request for immediate

                                              08cr0444-MLH

sentencing in this case, I am waiving the preparation of a

presentence report and I am also waiving any objections I may

have to the Magistrate Judge's findings and recommendation

concerning the entry of my guilty plea.


Dated: 4/23/08                   Hector Ortega
                                 Defendant



Dated: 4/23/08                   _____
                                 DAVID J. ZUGMAN
                                 Attorney for Defendant


      The United States Attorney consents to have the plea in this

case taken by a United States Magistrate Judge pursuant to

Criminal Local Rule 11.2 and further waives a presentence report

in this case as well as any objections to the Magistrate Judge's

findings and recommendation concerning the entry of the guilty

plea.


Dated: June 10, 2008             _____
                                 ANDREW SCHOPLER
                                 Assistant United States Attorney


08cr0444-MLH